IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MELISSA EDMONDS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 16-1193 |
| | ) | Chief Judge Joy Flowers Conti |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| DANIELLE RHOADES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

AND NOW, this 31st day of January, 2017, after plaintiff Melissa Edmonds filed a complaint in the above-captioned matter, and after a motion to dismiss was filed by defendant Danielle Rhoades and after a report and recommendation was filed by a United States Magistrate Judge giving the parties until January 18, 2017, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the magistrate judge's Report and Recommendation, which is ADOPTED as the opinion of this court,

IT IS HEREBY ORDERED that the complaint is DISMISSED for failure to prosecute. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Joy Flowers Conti
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF